

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert William Richardson,

\* From the 90th District Court
of Stephens County,
Trial Court No. F35551

Vs. No. 11-19-00307-CR

\* October 21, 2021

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.